CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JS-6

ABRAHAM SANDOVAL (SBN: 316686)
ASANDOVAL@SLAWAPC.COM
SANDOVAL LAW
A Professional Corporation
3435 Wilshire Boulevard
Suite 1620, 16th Floor
Los Angeles, CA 90010
Telephone: (310) 582-5791
Facsimile: (562) 307-0266
Attorneys for Defendants
Yen-Li Johnny Teng and Jenny Liang

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>YEN-LI JOHNNY TENG, in individual and representative capacity as trustee of the Teng Trust dated October 25, 2000; JENNY LIANG, in individual and representative capacity as trustee of the Teng Trust dated October 25, 2000; and Does 1-10,<br><br>　　Defendants. | Case: 2:20-CV-05181-JFW-RAO<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 04, 2020      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: September 04, 2020      SANDOVAL LAW

By: /s/ Abraham Sandoval
Abraham Sandoval
Attorneys for Defendants
Yen-Li Johnny Teng and Jenny Liang

IT IS SO ORDERED

September 4, 2020

Hon. John F. Walter

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Abraham Sandoval, counsel for Yen-Li Johnny Teng and Jenny Liang, and that I have obtained Mr. Sandoval's authorization to affix his electronic signature to this document.

Dated: September 04, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
   Amanda Seabock
   Attorneys for Plaintiff